Elliot Gale (Bar #1119904)
egale@gajplaw.com
Gale, Angelo, Johnson, & Pruett, P.C.
1430 Blue Oaks Blvd., Ste. 250
Roseville, CA 95747
916-290-7778 ph
916-721-2767 fax

Attorneys for Plaintiff
Andrew Ivery

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Andrew Ivery<br><br>Plaintiff,<br><br>v.<br><br>Experian Information Solutions, Inc., et. al.<br><br>Defendant. | Case No.: 2:21-cv-01074-BHL<br><br>NOTICE OF SETTLEMENT WITH DEFENDANT AXCESS FINANCIAL |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**PLEASE TAKE NOTICE THAT** plaintiff Andrew Ivery and defendant Axcess Financial have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement. Plaintiff anticipates filing a dismissal of Axcess Financial within 3 days once the settlement is finalized.

Dated: November 18, 2021

**Gale, Angelo, Johnson, & Pruett, P.C.**
/s/ *Elliot Gale*
Elliot Gale
Attorney for Plaintiff